UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5: 10-CR-328-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **PROPOSED ORDER** |
| | ) | |
| DANIEL RODRIGUEZ-GONZALEZ | ) | |

Upon Motion of the Defendant and for good cause shown, the maximum amount $2 ,400 of funds set aside for Spanish Language Services/Interpretation is hereby raised.

SO ORDERED.

This __4__ day of __November__, 2010.

_____
THE HONORABLE TERRENCE W. BOYLE
United States District Court Judge